UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                          Case No. 12-cr-84-PB

**Brian Pearson**

                              **O R D E R**

The defendant, through counsel, has filed a motion to reconsider the July 24, 2012 Order (Doc. No. 10) continuing the August 21, 2012 trial to October 2, 2012.  The motion to reconsider (Doc. No. 11) is granted and, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to November 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 31, 2012 final pretrial conference is continued to October 29, 2012 at 11:30 a.m.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

July 31, 2012
cc:  Behzad Mirbashem, Esq.
     William E. Morse, AUSA
     United States Marshal
     United States Probation