```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                     Case No. 12-cr-84-PB

**Brian Pearson**

## O R D E R

The defendant has moved to continue the December 4, 2012 trial in the above case for a period of 30 days, citing the need for additional time to prepare for trial in light of a breakdown in plea negotiations and to accommodate counsel's scheduling conflict. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2012 to January 8, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 26, 2012 final pretrial conference is continued to December 18, 2012 at 4:00 p.m.

No further continuances will be granted in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 15, 2012

cc: Behzad Mirhashem Esq.
    William Morse, AUSA
    United States Marshal
    United States Probation