**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                Criminal No. 12-cr-84-01-B

**Brian Pearson**

## O R D E R

The defendant has moved to continue the February 5, 2013 trial in the above case. Defendant cites the need for additional time to negotiate a plea or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to work out a non-trial resolution and/or properly prepare for trial, the court will continue the trial from February 5, 2013 to April 2, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                                                      /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      US District Judge

January 29, 2013

cc: Behzad Mirhashem, Esq.
     William Morse, Esq.
     US Probation
     US Marshal

The [old final ptc] final pretrial conference is continued until [new final ptc date] at [time].
   SO ORDERED.

                                       _____
                                       Paul Barbadoro
                                       Chief Judge

[today's date]

cc:   [names of counsel]
      [name of AUSA]
      United States Probation
      United States Marshal